1  The Law Offices of JUDITH S. LELAND
   A Professional Law Corporation
2  8345 E. Firestone Blvd., Suite 300
   Downey, CA 90241
3  (562) 904-6955 (562) 904-6965 Fax
   JUDITH S. LELAND (State Bar No: 63747)
4  E-mail: tracey@disabilitylawfirm.com

5  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                  WESTERN DIVISION

11 JORDAN T. HANN,                ) CIVIL NO. CV 12-860 MRW
12      Plaintiff,                )
                                  ) [PROPOSED] ORDER AWARDING
13      v.                        ) EQUAL ACCESS TO JUSTICE ACT
                                  ) ATTORNEY FEES PURSUANT TO
14 CAROLYN W. COLVIN,             ) 28 U.S.C. § 2412(d)
   Commissioner of Social Security,)
15                                )
16      Defendant.                )
   _____ )

18      Based upon the parties' Stipulation for the Award and Payment of Equal Access to
19 Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND FIVE
20 HUNDRED DOLLARS ($3,500.00), as authorized by 28 U.S.C. § 2412(d), be awarded
21 subject to the terms of the Stipulation.

24 Dated:  2/20/2013          _____
                              HON MICHAEL R. WILNER
25                            UNITED STATES MAGISTRATE JUDGE