1 The Law Offices of JUDITH S. LELAND
  A Professional Law Corporation
2 8345 E. Firestone Blvd., Suite 300
  Downey, CA 90241
3 (562) 904-6955 (562) 904-6965 Fax
  JUDITH S. LELAND (State Bar No: 63747)
4 E-mail: tracey@disabilitylawfirm.com

5 Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORDAN T. HANN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　Defendant. | CIVIL NO. CV 12-860 MRW<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS ($3,500.00), as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: 2/20/2013

_____
HON MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE